170 A.3d 296

**In the MATTER OF the ESTATE OF KIRSCH**

**Pet. Docket No. 210, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Opinion of the Court of Special Appeals unreported (No. 2004, Sept.Term, 2015).

Petition for writ of certiorari denied

170 A.3d 296

**JONES, Troy**

v.

**STATE of Maryland**

**Pet. Docket No. 231, Sept.Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Pending in the Court of Special Appeals (No. 2036, Sept. Term, 2016).

Petition for writ of certiorari denied